# EXHIBIT B

| # | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | Solatium Damages | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount | |
| 1 | Jill | | Accardi | | US | William | | Mundy | | US | 10/19/13 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Child | $ 8,500,000.00 | |
| 2 | Alice | V. | Alexander | | US | Robert | | Alexander | | US | 8/14/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Parent | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 3 | Theresa | | Allegretta | | US | Matthew | | Lodewyks | | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Sibling | $ 4,250,000.00 | |
| 4 | Christine | | Arnold | | US | Gaetano | | Borello | | US | 2/2/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Child | $ 8,500,000.00 | |
| 5 | Barbara | | Bekkedahl | | US | Carolyn | | Bekkedahl | | US | 12/20/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Sibling | $ 4,250,000.00 | We have been retained by this Solatium Plaintiff. A wrongful death action for the estate of Carolyn Bekkedahl has not been filed as of this date. |
| 6 | Matthew | | Blair | | US | Robert | | Blair | | US | 12/6/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Child | $ 8,500,000.00 | |
| 7 | Robert | | Blair | Jr. | US | Robert | | Blair | | US | 12/6/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 1 | Child | $ 8,500,000.00 | |
| 8 | Michael | | Borello | | US | Gaetano | | Borello | | US | 2/2/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 | |
| 9 | Thomas | | Borello | | US | Gaetano | | Borello | | US | 2/2/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 | |
| 10 | Ann | | Cappadonna | | US | Matthew | | Lodewyks | | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Sibling | $ 4,250,000.00 | |
| 11 | Edward | J. | Finegan | | US | Patrick | | Finegan | | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 | |
| 12 | Gloria | | Finegan | | US | Patrick | | Finegan | | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Spouse | $ 12,500,000.00 | |
| 13 | Kristin | M. | Finegan | | US | Patrick | | Finegan | | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 | |
| 14 | Patrick | J. | Finegan | | US | Patrick | | Finegan | | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 | |
| 15 | Daniel | | Flanagan | | US | Peter | | Flanagan | | US | 11/7/14 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 16 | Kristin | | Folberth | | US | Robert | | Blair | | US | 12/6/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 2 | Child | $ 8,500,000.00 | |
| 17 | Denise | | Grossarth | | US | Glenn | | Grossarth | | US | 12/3/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Spouse | $ 12,500,000.00 | |
| 18 | Drew | | Hanson | | US | Harold | | Hanson | | US | 3/26/19 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 19 | Caroline | | Lodewyks | | US | Matthew | | Lodewyks | | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Spouse | $ 12,500,000.00 | |
| 20 | Danny | | Lodewyks | | US | Matthew | | Lodewyks | | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 21 | Kimberly | | Lodewyks | | US | Matthew | | Lodewyks | | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 22 | Tiffany | | Lodewyks | | US | Matthew | | Lodewyks | | US | 1/6/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 23 | Daniel | | Mahoney | | US | Kevin | P. | Mahoney | Sr. | US | 2/15/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 24 | Kevin | P. | Mahoney | Jr. | US | Kevin | P. | Mahoney | Sr. | US | 2/15/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 25 | Pamela | | Mahoney | | US | Kevin | P. | Mahoney | Sr. | US | 2/15/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Spouse | $ 12,500,000.00 | |

| # | First | Middle | Last | Nat | Dec First | Dec Mid | Dec Last | Suf | Dec Nat | DOD | State | Case | Complaint | Relation | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Brian | Scott | Mansberger | US | James | | Mansberger | | US | 8/1/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 27 | Christian | Caleb | McLean | US | Hernan | | McLean | | US | 11/12/09 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 28 | Hernan | Benjamin | McLean | US | Hernan | | McLean | | US | 11/12/09 | NY | 21-cv-06247 | 21-cv-06247, 1 at 3 | Child | $ 8,500,000.00 | |
| 29 | Michele | | McLean | US | Hernan | | McLean | | US | 11/12/09 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Spouse | $ 12,500,000.00 | |
| 30 | Marcia | | McLean-Sastri | US | Hernan | | McLean | | US | 11/12/09 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Sibling | $ 4,250,000.00 | |
| 31 | Doreen | | Morstatt | US | Joseph | A. | Morstatt | | US | 3/5/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Spouse | $ 12,500,000.00 | |
| 32 | Joseph | Thomas | Morstatt | US | Joseph | A. | Morstatt | | US | 3/5/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 33 | Meghan | Lee | Morstatt | US | Joseph | A. | Morstatt | | US | 3/5/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 34 | Michael | Andrew | Morstatt | US | Joseph | A. | Morstatt | | US | 3/5/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 35 | William | T. | Mundy | US | William | | Mundy | | US | 10/19/13 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 36 | Robin | | Mundy-Sutton | US | William | | Mundy | | US | 10/19/13 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Child | $ 8,500,000.00 | |
| 37 | Kathleen | | Nerney | US | Kevin | P. | Nerney | | US | 12/18/15 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Spouse | $ 12,500,000.00 | |
| 38 | Marian | | Pennachio | US | James | | Lanza | | US | 4/6/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 4 | Sibling | $ 4,250,000.00 | |
| 39 | Andrew | | Pillersdorf | US | Diane | | Pillersdorf | | US | 5/1/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | |
| 40 | Kerrie | A. | Rider | US | Robert | B. | Mahon | | US | 4/8/16 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | The estate claim upon which this solatium claim is premised is in a different complaint. |
| 41 | Lois | | Rothenberg | US | William | | Mundy | | US | 10/19/13 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | |
| 42 | Elizabeth | | Schlueter | US | Kevin | P. | Mahoney | Sr. | US | 2/15/18 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | |
| 43 | Genevieve | | Sharp | US | William | | Sharp | | US | 3/26/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Spouse | $ 12,500,000.00 | |
| 44 | Julia | | Skrak | US | Carolyn | | Bekkedahl | | US | 12/20/17 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | We have been retained by this Solatium Plaintiff. A wrongful death action for the estate of Carolyn Bekkedahl has not been filed as of this date. |
| 45 | Stephanie | | Weismer | US | Diane | | Pillersdorf | | US | 5/1/12 | NY | 21-cv-06247 | 21-cv-06247, 1 at 5 | Child | $ 8,500,000.00 | |