# EXHIBIT I

Estate of Kevin P. Mahoney, Sr.

# VCF Documentation



September 11th
Victim Compensation Fund

June 4, 2020

PAMELA MAHONEY
6 BAY HILL ROAD
JACKSON NJ  08527

### Re: CLAIM NUMBER: VCF0117347

Dear PAMELA MAHONEY:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for eligibility.  You submitted a claim form on behalf of KEVIN MAHONEY.

### The Decision on your Claim

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations.  Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- MALIGNANT NEOPLASM OF BRONCHUS AND LUNG
- PROSTATE CANCER

Please note that there are several reasons why an injury that you think should be eligible is not listed above.  For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury.  Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

### What Happens Next

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim.  Please see the VCF website for details on how to amend your claim.  The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim.  If you choose to amend your claim, you will need to use the VCF Private Physician process.  The Private Physician process is a way for the VCF to gather the required information about the decedent's treatment in order to process your claim.



September 11th
Victim Compensation Fund

All forms are available on the VCF website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit the compensation section of your claim form and the required supporting materials if you have not already done so. If you have already submitted this information, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. Please have your claim number ready when you call: **VCF0117347**. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund


cc: WENDELL TONG



September 11th
Victim Compensation Fund

August 10, 2020

PAMELA MAHONEY
6 BAY HILL ROAD
JACKSON NJ  08527

### Re: CLAIM NUMBER: VCF0117347

Dear PAMELA MAHONEY:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for compensation.  Your claim form was determined to be substantially complete on June 15, 2020.  This means your claim was deemed "filed" for purposes of section 405(b)(3) of the Statute on that date.

After reviewing the responses in your claim form, the documents you submitted in support of your claim, and information from third-party entities, the VCF has calculated the amount of your award as **$670,661.00**.  This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act").  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions that were considered when calculating your award.

The award does not include losses due to the fact that your pension payments from the New York State and Local Retirement System were reduced following your husband's death.  The VCF generally does not compensate for the loss stemming from a victim's decision to choose a pension option with reduced survivor benefits after death.

The documents that you submitted on July, 17, 2020 have not been reviewed, as they were submitted after the VCF had finalized the substantive review of your claim.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

### What Happens Next

The VCF will deem this award to be final and will begin processing the full payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to



September 11th
Victim Compensation Fund

three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated, or if you believe you can demonstrate extraordinary circumstances indicating that the calculation does not adequately address your loss. **If you choose to appeal, your payment will not be processed until your hearing has been held and a decision has been rendered on your appeal**.

  To appeal the award, you must complete these two steps by the required deadlines:

  1. Complete and return the enclosed **Compensation Appeal Request Form** within **30 days from the date of this letter**. Follow the instructions on the form and upload it to your claim or mail it to the VCF by the required deadline. If you do not submit your completed Compensation Appeal Request Form within 30 days of the date of this letter, *you will have waived your right to an appeal* and the VCF will begin processing any payment due on your claim.

  2. Complete and submit your **Compensation Appeal Package** (Pre-Hearing Questionnaire, Compensation Explanation of Appeal, and all applicable supporting documents) no later than **60 days from the date of this letter**. It is important that you carefully review the information enclosed with this letter and follow the instructions if you intend to appeal your award. Additional instructions on the appeals process can be found on the VCF website under "Frequently Asked Questions" and in the Policies and Procedures available under "Forms and Resources."

  Once your complete Compensation Appeal Package is submitted, the VCF will review the information to confirm you have a valid appeal, and will notify you of the next steps specific to your appeal and the scheduling of your hearing.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.



September 11th
Victim Compensation Fund

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  Please have your claim number ready when you call: **VCF0117347**.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:     VCF0117347
Decedent Name:    KEVIN MAHONEY

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | $0.00 |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | $0.00 |
| | |
| **Total Non-Economic Loss** | $300,000.00 |
| | |
| **Subtotal Award for Personal Injury Claim** | $300,000.00 |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $42,461.00 |
| Burial Costs | $9,380.00 |
| **Total Other Economic Losses** | $51,841.00 |
| | |
| **Total Economic Loss** | $51,841.00 |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | $250,000.00 |
| Non-Economic Loss - Spouse/Dependent(s) | $100,000.00 |
| **Total Non-Economic Loss** | $350,000.00 |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ($255.00) |
| Life Insurance | ($27,925.00) |
| Other Offsets | ($3,000.00) |
| **Total Additional Offsets** | ($31,180.00) |
| | |
| **Subtotal Award for Deceased Claim** | $370,661.00 |



September 11th
Victim Compensation Fund

| | |
|---|---|
| **Subtotal of Personal Injury and Deceased Claims** | $670,661.00 |
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| **TOTAL AWARD** | $670,661.00 |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| **Eligible Conditions Considered in Award** |
|---|
| Malignant Neoplasm of Bronchus and Lung |
| Prostate Cancer |

# Family Member Affidavits

Daniel Mahoney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                               03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------ X        **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                            **DANIEL MAHONEY**


                                Plaintiffs,        21-CV-06247 (GBD)(SN)

                V.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
------------------------------------------------------------------ X

STATE OF NEW JERSEY)
                                : SS
COUNTY OF OCEAN)

        DANIEL MAHONEY, being duly sworn, deposes and says:

        1.        I am a plaintiff in the within action, am over 18 years of age, and reside at 107 Celebration Boulevard Brick, New Jersey 08723.

        2.        I am currently 37 years old, having been born on April 22, 1986.

        3.        I am the son of Decedent, Kevin P. Mahoney Sr., upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

        4.        My father passed away from Stage III Non-Small Cell Carcinoma Cancer on February 15, 2018, at the age of 69. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      I was the youngest child of three. My father and I had a great relationship growing up. I will always remember traveling around the tri-state with him to my ice hockey games. We would drive and listen to classic rock or the Yankees games. There are so many long-lasting memories that I have with my father. One memory that sticks out is on Christmas when we got my father a flight to Florida to visit his brothers and to see a spring training Yankees game. We made a guys trip out of it. My father, brothers, and all my uncles were together in Florida for a week. We laughed the entire weekend. That would be the last time all of us were together.

6.      On September 11, 2001, I was in high school. After the first plane hit, my older sister, Elizabeth, drove us home. We watched the news and saw the second plane hit. My father, Kevin, was in the city for work that day. My father worked at 111 Centre St. New York, NY 10013 as a sergeant for the Manhattan Supreme Court. I remember my father staying in Manhattan at work for three straight days. He would go in and out of the city for months to follow.

7.      My father suffered from prostate cancer. After battling prostate cancer, he was then diagnosed with Stage III Non-Small Cell Carcinoma Cancer. He also suffered a stroke. I remember his prostate cancer putting a toll on him. I recall him really looking into all treatment options. With young grandchildren he was worried that the side effects might make him unable to see them. I believe his pride was a little hurt with the side effects that came from treating Stage III cancer. It happened so fast it just took everything.

8.      When my father passed away, it took a huge toll on my life. I felt like we haven't done everything we needed to. My father missed so many moments in my adult life, including the birth of my daughter, meeting my wife, and getting to laugh with us. Moments keep happening and he keeps missing them. Within a few weeks he is going to miss the birth of his newest grandson.

DANIEL MAHONEY

Sworn before me this

30 day of August, 2023

Notary public

NICOLE ALFANO
Notary Public, State of New Jersey
My Commission Expires Sep 9, 2026

Kevin P. Mahoney, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                               03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X        **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                          **KEVIN P. MAHONEY JR.**


                                    Plaintiffs,        21-CV-06247 (GBD)(SN)


                 V.


ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
------------------------------------------------------------- X

STATE OF NEW JERSEY)
                                    : SS
COUNTY OF OCEAN)


        KEVIN P. MAHONEY JR., being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 9
Maxim Court Jackson, New Jersey 08527.

        2.      I am currently 41 years old, having been born on July 20, 1982.

        3.      I am the son of Decedent, Kevin P. Mahoney Sr., upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

        4.      My father passed away from Stage III Non-Small Cell Carcinoma Cancer on
February 15, 2018, at the age of 69. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks
at the World Trade Center.

5.     Kevin Mahoney Sr. was my father and an officer at the Manhattan Supreme Court. During his life, we spent holidays, weekends, and vacations together while making memories. Since his death there has been a void of a father, grandfather, and memories missed.

6.     My father was one of the very first people at Ground Zero since he was an officer at the Manhattan Supreme Court. He was inside the building and outside helping people in need.

7.     My father's conditions have affected the quality of his life in a few forms since September 11, 2001. The ending of his life came much faster than expected. The first appointment seemed hopeful but within 24 hours things changed.

8.     My father's passing was hard on me emotionally. There have been a lot of moments I'd love him to have seen. As a family we miss him, but we all help each other, especially with our mom.

KEVIN P. MAHONEY JR

Sworn before me this

____ day of September, 2023

_____
Notary public

DEBORA A MARREIROS
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50178065
MY COMMISSION EXPIRES NOV. 17, 2026

Pamela Mahoney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                            03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X        **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                          **PAMELA MAHONEY**


                                      Plaintiffs,        21-CV-06247 (GBD)(SN)


                  V.

ISLAMIC REPUBLIC OF IRAN,

                                      Defendant.
-------------------------------------------------------------- X

STATE OF NEW JERSEY)
                                  : SS
COUNTY OF OCEAN)


        PAMELA MAHONEY, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at 6 Bay Hill

Road Jackson, New Jersey 08527.

        2.      I am currently 68 years old, having been born on April 3, 1955.

        3.      I am the wife of Decedent, Kevin P. Mahoney Sr., upon whose death my claims are based. I

submit this Affidavit in support of the present motion for a default money judgment for the claim made on

behalf of my husband's estate and for my solatium claim.  On May 30, 2018, I was issued Letters

Testamentary as Executrix of my husband's estate by the Ocean County Surrogate's Court.

        4.      My husband passed away from Stage III Non-Small Cell Carcinoma Cancer on February 15,

2018, at the age of 69.  It was medically determined that this illness was causally connected to his exposure

to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5. I was Kevin's wife for thirty-nine years. Every Friday, we went out with other couples. Kevin and I would also play cards and go shopping. Since Kevin was skilled in handy work, we would work together in putting up wallpaper and putting down floors, etc. One very special memory I have of Kevin was at the weddings of our two oldest children. I remember walking down the aisle together. I remember how happy Kevin was when he became a grandfather, as well. Every Friday, Kevin and I would watch all four of our grandchildren. Kevin would play with them. I remember one time Kevin allowed them to put Shrek ears on him. I remember him sitting on the floor playing with a Mr. Potato Head toy. I really think he liked it more than our grandchildren. I have been impacted by his passing, I do not go out with couples anymore, as I do not want to be a third wheel. I was alone when our third child got married. I had no one to celebrate with. Kevin was not there when our fifth grandchild was born, Maryjane. He will not be there for the birth of our sixth grandchild in July either. He is missing so much.

6. Kevin worked at 111 Centre Street New York, New York 10013. Kevin was a Senior Court Officer for the Manhattan Supreme Court. On September 11, 2001, after the South Tower collapsed, he went to Ground Zero with fellow officers to help. He was instructed to direct traffic. When the North Tower collapsed, he was caught in the dust cloud. After this, he volunteered on the pile. I can recall, he did not come home for three days because he was working on the pile. Kevin told me three other court officers he went to Ground Zero with did not return. Afterwards, he began his regular working schedule, Mondays through Fridays from 9a.m. to 5p.m. Kevin continued to work at the court until his retirement in 2004.

7. From my recollection, Kevin's first health problem was prostate cancer. This affected his manhood which upset him. In 2017, he was then diagnosed with lung cancer. The lung cancer caused him to have a stroke. The stroke made him unable to talk, swallow, and control his bodily functions.

8. I have been a widow for a little over five years now. I don't know if you've ever been alone, but it's not the best way to live. How would you like me to describe the loneliness of not going out with other couples, because you don't want to be a third wheel. The loneliness of staying home on weekends and not being able to share happy affairs with the one you love.

PAMELA MAHONEY

Sworn before me this

15 day of August, 2023

Notary public

IAN J RACE
Notary Public, State of New Jersey
My Commission Expires May 12, 2028

Elizabeth Schlueter

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In Re:

TERRORIST ATTACKS ON                           03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------------ X      **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                           **ELIZABETH SCHLUETER**


                              Plaintiffs,          21-CV-06247 (GBD)(SN)


              V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
------------------------------------------------------------------ X

STATE OF NEW JERSEY)
                          : SS
COUNTY OF WARREN)


        ELIZABETH SCHLUETER, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at
159 Belvedere Road Washington, New Jersey 07882.

        2.      I am currently 39 years old, having been born on January 15, 1984.

        3.      I am the daughter of Decedent, Kevin P. Mahoney Sr., upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

        4.      My father passed away from Stage III Non-Small Cell Carcinoma Cancer on
February 15, 2018, at the age of 69. It was medically determined that this illness was causally
connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks
at the World Trade Center.

5.      The decedent is my father, Kevin P. Mahoney Sr. He was a New York Senior Court Officer for the Manhattan Supreme Court. My father was my rock and my best friend. He played such an active role in my life and the lives of my children. My father was funny, loving, compassionate, and smart. He was always quick with a joke or to wipe my tears away. He taught me how to ride a bike, drive, fix a wall, and most importantly, he taught me the importance of family.

6.      On September 11, 2001, I was 17 years old in my senior year of high school. My father was employed at 111 Center Street New York, NY 10013. He was a sergeant for the Manhattan Supreme Court. I heard about the first plane hitting the towers. I remember rushing home with my brother when my mother called. I remember turning on the television and seeing the 2nd plane hit on live tv. I remember the fear I felt not knowing where my dad was. I remember him not coming home for 3 days. When he got home, I can remember his smile wasn't as bright and his laugh was dull. I can remember for those 3 days he was gone asking my mother "When is he coming home? When can I talk to him? Where is he?" I can remember her sad eyes just repeating the words "Soon he's helping people."

7.      My father's first cancer was of his prostate. I can only assume it affected him in personal but grave ways. He had surgery for his prostate cancer at Memorial Sloan Kettering Cancer Center. He also developed heart issues. He had multiple strokes. He was later diagnosed with Stage 3B lung cancer. The stroke left my father unable to take care of himself. It left him angry and frustrated. It left his grandchildren with not being able to play with him any longer and scared of the fact that he was now different.

8.      My dad was always my sounding block and my biggest supporter. He knew how to make me smile. I was "Daddy's little girl." My youngest child doesn't remember him well and my

oldest child's memories aren't as clear. I can no longer call him to discuss random things that he always knew the answers to. I can no longer find him at a party and hide in a corner to "gossip" about the craziness my mother and her friends were getting into. I no longer get to worry about keeping a straight face while greeting a crazy old aunt because there is no longer someone in my ear saying wildly inappropriate things to make me laugh. I no longer have my best friend.

ELIZABETH SCHLUETER

Sworn before me this

21ˢᵗ day of August, 2023

Notary public

CONSTANCE A DEAN
Commission # 50150695
Notary Public, State of New Jersey
My Commission Expires
February 17, 2026