```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
```

In re:

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

```
-------------------------------------------------------------X
```

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/2024

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Accardi et al. v. Islamic Republic of Iran</u>, No. 21-cv-06247

    <u>Alexander et al. v. Islamic Republic of Iran</u>, No. 21-cv-03505

    <u>Betso et al. v. Islamic Republic of Iran</u>, No. 21-cv-01394

    The motions to seal at ECF Nos. 9822, 9823, and 9824 are GRANTED. The Clerk of Court is respectfully directed to terminate those motions in the MDL (03-md-01570), as well as the related motions in the member cases above (ECF No. 69 in <u>Accardi</u>, No. 21-cv-06247; ECF No. 79 in <u>Alexander</u>, No. 21-cv-03505; ECF No. 75 in <u>Betso</u>, No. 21-cv-01394).

**SO ORDERED.**

                                                                                                      _____
                                                                                                      SARAH NETBURN
                                                                                                      United States Magistrate Judge

DATED:    August 9, 2024
                  New York, New York