# EXHIBIT H

# Estate of Matthew Lodewyks

# VCF Documentation



September 11th
Victim Compensation Fund

December 31, 2019

CAROLINE LODEWYKS



Dear CAROLINE LODEWYKS:

The September 11th Victim Compensation Fund ("VCF") previously sent you an Eligibility determination letter on October 01, 2019 for the claim you submitted on behalf of MATTHEW LODEWYKS.  Your claim number is VCF0118270.  The letter explained that the VCF had reviewed your claim and determined you were not eligible for compensation because you did not timely register your claim by the applicable deadline.

You then appealed the eligibility decision on your claim and are waiting for your hearing to be scheduled and/or held.

The VCF has now determined that your claim is timely registered and you meet the eligibility criteria established in the statute and regulations.  The hearing on your claim has therefore been cancelled.  On July 29, 2019, the President signed into law the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act"), which extended the VCF until October 1, 2090.  As a result, the Special Master has determined that all claims are considered timely if registered by July 29, 2021, which is two years from the date of the Permanent Authorization Act.  Because you submitted your registration prior to July 29, 2021, your claim is now considered timely.

Based on the information you submitted with your claim and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the following injuries.

- COPD
- ILD  INTERSTITIAL LUNG DISEASE

Please note that there are several reasons why an injury that you think should be eligible is not listed above.  For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.



September 11th
Victim Compensation Fund

**What Happens Next**

**If the decedent has been certified for treatment by the WTC Health Program for a condition not listed above,** you should amend your claim.  Please see the VCF website for details on how to amend your claim.  The VCF will review the new information and determine if it provides the basis for a revised decision.

**If the decedent did not have injuries other than those listed above,** you should submit the compensation section of your claim form and the required supporting materials if you have not already done so.  **If you have already submitted this information, you do not need to take any action at this time unless you receive a request from the VCF for missing information.**  The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1 855 885 1558 (TDD).  If you are calling from outside the United States, please call 1 202 514 1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

January 10, 2020

CAROLINE LODEWYKS
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271

Dear CAROLINE LODEWYKS:

The September 11th Victim Compensation Fund ("VCF") has reviewed your claim for compensation. Your claim number is VCF0118270. Your Compensation Form was determined to be substantially complete on December 31, 2019. This means your claim was deemed "filed" for purposes of section 405(b)(3) of the Statute on that date.

Based on the information you submitted, the VCF has calculated the amount of your award as ▮▮▮▮▮▮▮▮  This determination is in accordance with the requirements of the Never Forget the Heroes: James Zadroga, Ray Pfeifer, and Luis Alvarez Permanent Authorization of the September 11th Victim Compensation Fund Act ("VCF Permanent Authorization Act"). The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.

The reduction of your husband's pension is not a loss that is compensable by the VCF because it was not caused by his eligible conditions. It resulted from his decision to increase the pension he received while he was alive.

Replacement services could not be awarded because the VCF does not have sufficient information. We require a clear and specific statement of the services Mr. Lodewyks provided, written by someone with personal knowledge. If you are able to submit such a statement, please see the section below for important information on how to amend your claim and the timing for submitting an amendment.

The life insurance benefit you received is offset, as required by statute. The offset is reduced to account for the premiums paid.

The documents that you submitted on January 8, 2020 have not been reviewed, as they were submitted after the VCF had finalized the substantive review of your claim. If you would like to claim additional losses that were not considered in the award detailed in this letter, you must submit a compensation amendment to your claim. If you would like to claim additional conditions that have not been considered in this award, you must submit an eligibility amendment. You must also submit a compensation amendment if you are claiming additional non-economic loss resulting from your new condition(s). Please see the section below for important information on how to amend your claim and the timing for submitting an amendment.

No non-routine legal service expenses are approved for reimbursement for this claim.

September 11th
Victim Compensation Fund

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

## What Happens Next

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below. If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period. Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**: You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim. **If you choose to appeal, your payment will not be processed until your appeal has been decided**.

  To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter. The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing. If both forms are not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF that you believe warrants additional compensation. The VCF website has important information about the specific circumstances when it is appropriate to request an amendment. For more information and examples of such situations, please refer to "Section 5 – Amendments" in the VCF Policies and Procedures document available under "Forms and Resources" on the VCF website. Please review the information carefully when deciding whether to amend your claim. If you submit an amendment, the VCF will review the new information and determine if it provides the basis for a revised decision.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award. If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment. If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award. If you need to notify the VCF of a new collateral source



September 11th
Victim Compensation Fund

payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the VCF Permanent Authorization Act. As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: CAROLINE LODEWYKS



September 11th
Victim Compensation Fund

## Award Detail

Claim Number:     VCF0118270
Decedent Name:    MATTHEW LODEWYKS

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | $0.00 |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | **$0.00** |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | **$0.00** |
| | |
| **Total Lost Earnings and Benefits Awarded** | **$0.00** |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | **$0.00** |
| | |
| **Total Economic Loss** | **$0.00** |
| | |
| **Total Non-Economic Loss** | ▮ |
| | |
| **Subtotal Award for Personal Injury Claim** | ▮ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | |
| SSA Survivor Benefits | |
| Worker's Compensation Death Benefits | |
| Other Offsets related to Earnings | |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | $0.00 |
| Burial Costs | ■■■■ |
| **Total Other Economic Losses** | ■■■■ |
| | |
| **Total Economic Loss** | ■■■■ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | ■■■■ |
| Non-Economic Loss - Spouse/Dependent(s) | ■■■■ |
| **Total Non-Economic Loss** | ■■■■ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ■■■■ |
| Life Insurance | ■■■■ |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ■■■■ |
| | |
| **Subtotal Award for Deceased Claim** | ■■■■ |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| **TOTAL AWARD** | |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | |

| Eligible Conditions Considered in Award |
|---|
| Copd |
| Ild  Interstitial Lung Disease |

THIS DOCUMENT HAS A LIGHT BACKGROUND

# BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018002754
**DATE ISSUED:** January 10, 2018

## DECEDENT INFORMATION
**STATE FILE DATE:** January 10, 2018

NAME: **MATTHEW M LODEWYKS**

DATE OF DEATH: **January 6, 2018**  SEX: **MALE**  SSN: **▮**  AGE: **072 YEARS**
DATE OF BIRTH: **November 7, 1945**  BIRTHPLACE: **EINDHOVEN, HOLLAND**
PLACE OF DEATH: **INPATIENT**
FACILITY NAME OR STREET ADDRESS: **CITRUS MEMORIAL HOSPITAL**
LOCATION OF DEATH: **INVERNESS, CITRUS COUNTY, 34452**

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: **MARRIED**
SURVIVING SPOUSE NAME: **CAROLINE  WIMMER**
RESIDENCE: ▮  COUNTY: **CITRUS**
OCCUPATION, INDUSTRY: **ELECTRICIAN, ELECTRICAL ENGINEERING**
RACE: _X_ White ___ Black or African American ___ Asian Indian ___ Chinese ___ Filipino ___ Native Hawaiian ___ Japanese ___ Korean
___ American Indian or Alaskan Native–Tribe: ___ Vietnamese ___ Other Asian:
___ Guamanian or Chamorro ___ Samoan ___ Other Pacific Isl: ___ Other: ___ Unknown
HISPANIC OR HAITIAN ORIGIN? **NO, NOT OF HISPANIC/HAITIAN ORIGIN**
EDUCATION: **BACHELORS DEGREE**  EVER IN U.S. ARMED FORCES? **YES**

## PARENTS AND INFORMANT INFORMATION
FATHER/PARENT: **MARTIN  LODEWYKS**
MOTHER/PARENT: **MARGARET  BOESTEN**
INFORMANT: **CAROLINE  LODEWYKS**
RELATIONSHIP TO DECEDENT: **WIFE**
INFORMANT'S ADDRESS: ▮

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION: **NATURE COAST CREMATORY**
LECANTO, FLORIDA
METHOD OF DISPOSITION: **CREMATION**
FUNERAL DIRECTOR/LICENSE NUMBER: **DAVID P. HEINZ, F044346**
FUNERAL FACILITY: **HEINZ FUNERAL HOME & CREMATION F041204**
2507 HIGHWAY 44 WEST, INVERNESS, FLORIDA  34453

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: **CERTIFYING PHYSICIAN**  MEDICAL EXAMINER CASE NUMBER: **NOT APPLICABLE**
TIME OF DEATH (24 hr): **0331**  DATE CERTIFIED: January 10, 2018
CERTIFIER'S NAME: **NARAYANAN MADHUSOODANAN**
CERTIFIER'S LICENSE NUMBER: **ME73746**
NAME OF ATTENDING PHYSICIAN (If other than Certifier): **NOT APPLICABLE**

## CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: **NATURAL**
CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:

| | |
|---|---|
| a **CARDIOPULMONARY ARREST** | HOURS |
| b **ACUTE MYOCARDIAL INFARCTION** | HOURS |
| c **ANOXIC ENCEPHALOPATHY** | DAYS |
| d | |

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
**COPD, PNEUMONIA, CHRONIC KIDNEY DISEASE**

AUTOPSY PERFORMED? **NO**  AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:  DID TOBACCO USE CONTRIBUTE TO DEATH? **UNKNOWN**
REASON FOR SURGERY:
IF FEMALE,  **NOT APPLICABLE**
DATE OF INJURY: **NOT APPLICABLE**  TIME OF INJURY (24 hr):  INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, Status of Decedent:  Type of Vehicle:

, **State Registrar**  REQ: **2018857281**

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FI... THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)



* 5 6 5 5 6 6 7 2 *



**CERTIFICATION OF VITAL RECORD**  Florida HEALTH

# Family Member Affidavits

Theresa Allegretta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In Re:


TERRORIST ATTACKS ON                            03-MDL-1570  (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X    **AFFIDAVIT OF**
                                                                   **THERESA ALLEGRETTA**
JILL ACCARDI, et al.,


                                        Plaintiffs,             21-CV-06247  (GBD)(SN)


                            V.


ISLAMIC REPUBLIC OF IRAN,


                                        Defendant.
------------------------------------------------------------- X

STATE OF NEW JERSEY        )
                                        : SS
COUNTY OF BERGEN           )

          THERESA ALLEGRETTA, being duly sworn, deposes and says:

     1.     I am a plaintiff in the within action, am over 18 years of age, and reside at 4

██████████████████████████████

     2.     I am currently 60 years old, having been born on ████████████

     3.     I am the sister of Decedent, Matthew Lodewyks, upon whose death my claim
is based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

     4.     My brother passed away from COPD on January 6, 2018, at the age of 72. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My brother was an electrician. I am 17 years younger than him; he would always spoil me rotten! We boated and fished, we loved to hang out together and talk. We would celebrate every special moment together such as holidays, graduations, and birthdays. My life would never be the same without my older brother.

6.      My brother was working in the towers at the World Trade Center, he was an electrician for IBEW Local 3. On the day of September 11, 2001, I remember frantically trying to call his wife, but I could not reach him as all lines were busy. When we finally got the chance to speak with him sheer panic set in, but I was relieved he was alive!

7.      My brother was not able to breathe, he was always coughing. He would be struggling daily; it was so sad. My brother and I would always communicate, however, once he got sick, we could not talk as much anymore. He would always be gasping for air. When my brother got sick, his family moved to Florida and sold their house in Pennsylvania. Their house in Florida was one floor, it was easier for Matthew to get around. However, now I was hours away from my brother.

8.      The day he passed away; we were all in Florida. My plan was to visit him since he moved from Pennsylvania to Florida. It was hard to see him often. That morning we were going to the hospital to visit, however, it was too late. I did not even get a chance to tell my brother goodbye. I miss him terribly; it is like an open wound in my heart that will never recover. Birthdays and Christmas will never be the same without him.

_Theresa Allegretta_
THERESA ALLEGRETTA

Sworn before me this
5th day of September 2023

_Kathy J Loesberg_

Notary public

KATHY J LOESBERG
Notary Public, State of New Jersey
My Commission Expires Jul 10, 2028

Ann Cappadonna

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X    **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                          **ANN CAPPADONNA**


                                    Plaintiffs,        21-CV-06247 (GBD)(SN)


                 V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------- X

STATE OF FLORIDA            )
                            : SS
COUNTY OF ST. LUCIE         )


        ANN CAPPADONNA, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

███████████████████████████████████████████.

        2.      I am currently 75 years old, having been born on █████████████

        3.      I am the sister of Decedent, Matthew Lodewyks, upon whose death my claim
is based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My brother passed away from COPD on January 6, 2018, at the age of 72. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.    Matthew and I were best friends throughout our school years. Having immigrated to Australia from the Netherlands had us struggling with school and the language barrier. Which created a strong bond between us. We moved to different countries two more times and finally our third country was the United States. Matt loved fishing, even at 10 years old we would sit by the docks of the St. Claire River and spend hours waiting for a catch.

6.    On 9/11 we were stunned by the attack on the towers and were glued to the TV. My sister-in-law called and said that she couldn't locate Matt, needless to say panic set in. He was a journey man Electrician with IBEW Local 3. He returned to Ground Zero after 2 or 3 days, to help with electricity and remained there for approximately 5 years. He had lost 17 co-workers. He retired in 2005/2006.

7.    His declining health started 2008/2009. He kept his difficulties to himself, as to not scare his family. Lifting his arms and needing to rest after a short walk became his new norm. Specialists at Hershey Medical Center Temple University were puzzled. Finally, Columbia Presbyterian diagnosed him with COPD and it was terminal. He passed away on January 6, 2018.

8.    I miss his jokes, teasing, trips down memory lane. My heart is heavy with the burden of missing him for the remainder of my life.

ANN CAPPADONNA

Sworn before me this

4th day of August, 2023

Notary public

SINEAD DOMINICK
Notary Public - State of Florida
Commission # HH 146957
My Comm. Expires Jun 29, 2025

Caroline Lodewyks

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X    **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                        **CAROLINE LODEWYKS**


                                    Plaintiffs,        21-CV-06247 (GBD)(SN)


                  V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-------------------------------------------------------------- X

STATE OF FLORIDA          )
                          : SS
COUNTY OF CITRUS          )


        CAROLINE LODEWYKS, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

        2.      I am currently 64 years old, having been born on ▬▬▬▬▬▬▬▬

        3.      I am the wife of Decedent, Matthew Lodewyks, upon whose death my claims
are based. I submit this Affidavit in support of the present motion for a default money
judgment for the claim made on behalf of my husband's estate and for my solatium
claim. On March 15, 2018, I was issued Letters Administration as Administrator of my
husband's estate by the Citrus County Surrogate's Court in Florida.

4.      My husband passed away from COPD on January 6, 2018, at the age of 72. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      Matthew Lodewyks and I were married for 35 beautiful years. Our love was unconditional, we did everything together and enjoyed each day. We traveled and spent time with our family and friends, my husband Matthew loved his life he enjoyed every minute of it. His love for life had a big impact on me which is why his passing impacted me so much. My love who respected and loved life was gone. My partner was an electrician for 39 years for IBEW local 3. No more cuddling with him. No more watching TV or just talking, my partner was gone.

6.      On 9/11 my husband and I woke up; I drove to the store after he left for work. He worked at the World Trade Center, he was an electrician for IBEW local 3, it was that day the planes hit the Trade Center. My kids were at school when they got home, they all were crying asking if he was alive and I had no idea, it was around 7PM when we heard from him. The next day we picked him up, he was covered in dust. He went back down to ground zero to help with electric and was back and forth there for years after until he retired.

7.      My husband was a very healthy man who did everything around the house. He also did so much with us and the kids, he was the one sled riding, going on all the rides with the kids. We used to hike and travel when he got sick this all stopped, he could no longer even walk to the end of the driveway he could not breathe, it affected his heart as well because his lungs were not working. So, his heart worked harder, and we went back and forth to specialists: Hershey Hospital, Temple hospital, Columbia hospital, all the doctors tried to make him as comfortable as possible. It affected him so much that we had no choice but to leave the home we loved, where we brought up our children, and relocate to a home that was one level because he could no longer go up the steps. Our home back in Pennsylvania was four floors, we made the move to Florida which was one floor to make it easier for Matthew to get around. Matthew was there for just 2 months and then he passed away.

8.    Matthew's death changed my whole life. I had to do FMLA from my job. We had to leave our home that we built because my husband was not able to go up the stairs anymore. Our whole living condition changed, watching my husband be so sick was heart wrenching. A man who once loved life was now not able to do the things we love with each other, it hurt so bad. I spent many nights crying and praying. When my husband passed, I couldn't even comfort my children. I was lost and afraid. My daughter Tiffany needed me, but I couldn't even talk about things, my heart was broken. I had to sell my primary home also because I could not afford it. I did not return to my primary home or job, I was mentally exhausted. I also had a heart attack, which I believe was caused by a broken heart. Life will never be the same. So, when you ask me how this affected me, it took my whole life away from me.

CAROLINE LODEWYKS

Sworn before me this
1ˢᵗ day of August 2023

Notary public

Notary Public State of Florida
Kathryn Cabrera
My Commission
GG 967931
Exp. 3/10/2024

Danny Lodewyks

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X    **AFFIDAVIT OF**
JILL ACCARDI, et al.,                           **DANNY LODEWYKS**


                              Plaintiffs,        21-CV-06247 (GBD)(SN)


                    V.


ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------- X

STATE OF PENNSYLVANIA )
                              : SS
COUNTY OF WAYNE          )


        DANNY LODEWYKS, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

███████████████████████████████

        2.      I am currently 34 years old, having been born on ███████████████

        3.      I am the son of Decedent, Matthew Lodewyks, upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from COPD on January 6, 2018, at the age of 72. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.    The descendant was my father, he was a master electrician and a great father. We went fishing, went on family trips to Disney Orlando and more. We had heart to hearts as father and son, he taught me a lot about life and how to be a good person.

6.    I recall asking my mother if my father was alive on September 11, 2001, not knowing anything about where he was. He was a master electrician at the World Trade Center, employed by them. He was there quite some time and continued to go back to assist with electrical issues and with the WTC memorial.

7.    I recall my mother and father going to a lot of specialists. I would always go with my father to his different doctor's appointments. As time went on, the weaker he would get. It got to the point that he couldn't even make it to the end of the driveway with the garbage. His quality of life slowly deteriorated. There was nothing I could do about it which made me feel hopeless. I wish I could have had more time with him, so we could get to know each other better.

8.    He was my father. I hated seeing him sick, it devastated me. Every time we went out, I could see how ill he felt, I felt helpless because I couldn't help him. My father and I would always go fishing together. This was the time where we bonded, he would teach me about his life experiences and taught me to be a better person. My father also taught me how to drive, he was my personal teacher in life. My father is the reason I am good man, he would teach me so much growing up. When my father passed away, I did not know what to think, till this day it has been very hard to cope. We all took it very hard; it was a very dark time period for our family. I could barely keep it together. We all miss him very much. Since my father's passing there are many memories, I wish he were here for such as my advancement in my job and meeting my girlfriend. I wish we had more time together to do things he liked. Holidays and birthdays will never be the same without him.

DANNY LODEWYKS

Sworn before me this

1ˢᵗ day of Aug., 2023

Notary public

Commonwealth of Pennsylvania - Notary Seal
JEANNIE ODONNELL, Notary Public
Wayne County
My Commission Expires February 20, 2026
Commission Number 1281572

Kimberly Lodewyks

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                                03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

----------------------------------------------------------------- X      **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                                    **KIMBERLY**
                                                                         **LODEWYKS**

                                        Plaintiffs,                21-CV-06247 (GBD)(SN)

                        V.

ISLAMIC REPUBLIC OF IRAN,

                                        Defendant.
----------------------------------------------------------------- X

STATE OF NEW YORK        )
                         : SS
COUNTY OF RICHMOND )

        Kimberly Lodewyks, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

████████████████████████████████████████

        2.      I am currently 34 years old, having been born on ████████████

        3.      I am the daughter of Decedent, Matthew Lodewyks, upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

        4.      My father passed away from COPD on January 6, 2018, at the age of 72. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      My father worked for IBEW Local 3 as a journeyman. He was a wonderful father who always taught me that education is the most important thing in your life. He was my best friend. He always took the time out of his busy day to help me with my homework, especially my math homework. We shared a lot of breakfast dates, and we had an incredible bond. There is not a day that goes by that I don't think of him. It is because of my dad that I went back to school at thirty years old and got my Bachelor of Science in psychology. He had a tremendous impact on my life and showed me so much love and adoration.

6.      My dad was employed by IBEW Local 3 on September 11, 2001. He was working on the 34th floor in Tower 1 on the day of the attacks. He went back down to Ground Zero and the surrounding areas a few days after September 11, 2001 and continued to do so for five years.

7.      My dad was a very healthy and active person. He was present and did anything he could to help anyone. He was a handyman. Anytime a friend or neighbor was in need he was there with a toolbox in hand. He attended all school plays, performances, and functions. His love for his family and children was unmatched. When his health took a turn for the worse, he could not be as present as he would have liked. He had an onset of respiratory issues which affected his breathing and overall health. It was heartbreaking to watch his health deteriorate, as well as watch him struggle to lose his independence and mobility due to the health issues. Overall, his quality of life was tremendously impacted by the health issues.

8.      My dad was not able to meet my child because he was not able to travel due to his illness. The loss of my father had affected me in so many ways. It is difficult to talk about, as it's had a tremendous impact on my psychological wellbeing. Losing a parent is traumatic. The grief and pain I've experienced never truly goes away. I've had to seek counseling and therapy to cope

with his loss. My light was having an infant at the time of his death. My little boy kept me going and I know my father would want me to be healthy and strong to raise that little boy.

KIMBERLY LODEWYKS

Sworn before me this

7th day of September 2023

Notary public

**ALBION CIVULI**
Notary Public - State of New York
No. 01CI6411308
Qualified in Richmond County
My Commission Expires 11/16/2024

Tiffany Lodewyks

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X      **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                        **TIFFANY LODEWYKS**


                                        Plaintiffs,          21-CV-06247 (GBD)(SN)


                V.

ISLAMIC REPUBLIC OF IRAN,

                                Defendant.
------------------------------------------------------------- X

STATE OF FLORIDA        )
                        : SS
COUNTY OF CITRUS        )


        Tiffany Lodewyks, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

████████████████████████████████████████

        2.      I am currently 31 years old, having been born on ██████████

        3.      I am the daughter of Decedent, Matthew Lodewyks upon whose death my
claim is based, and submit this Affidavit in connection with the present motion for a
default judgment and in support of my solatium claim.

        4.      My father passed away from COPD on January 6, 2018, at the age of 72. It was
medically determined that this illness was causally connected to his exposure to the toxins
resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      Matthew Lodewyks was my dad. He wasn't just my dad, he was my whole world, best friend, and grandpa (aka "poppy") to my children. My father was an electrician for Local 3 IBEW. My dad and I did everything together, from fishing to amusement parks, to the little things, like going out or having breakfast and lunch together, which we did often. I also watched him soak up memories with my children from the day they were born. Some of my special memories of my dad are of him getting in the car and singing or dancing to music in general, or just watching movies. Every memory made with my dad was so special, it's hard to pick a few.

6.      On September 11, 2001, I was in school, and my dad was working at the World Trade Center as an electrician for IBEW. I remember being told we weren't allowed to go outside for recess. When I got on the bus, I asked my sister about everything, and she told me what happened. When we got off the bus, we asked my mom if our dad was alive. The next day we went to pick up my dad from my aunt's house in Staten Island. I remember seeing smoke as we got closer to Staten Island. I also remember my dad's clothes being covered in dust. My dad worked at the Trade Center until he retired.

7.      My dad's health declined, and he wasn't able to do any of the activities he did prior to September 11, 2001. He was constantly short of breath and often had to sit just to climb stairs or when walking longer distances. Upon his diagnosis, he was constantly getting tests done, in and out of the hospitals and doctor's offices. He rarely ever complained about how bad he felt. He always tried to keep going with a smile on his face and remain strong for his family. He truly loved life. His words to me days before he passed were, "I want to keep going, but my body has had enough." After that, I could see the tears fill up in his eyes. September 11, 2001, was always very emotional for my dad to even talk about.

8.    I have had to walk away and take a breather, as answering all these questions has been extremely emotional for me, and this one has been the hardest for me to answer. Not to mention how many times I re-wrote this, trying to wipe the tears while collecting my thoughts. Losing my dad changed my life and my children's lives forever. He was truly one of a kind and irreplaceable. Watching the strongest man I knew decline, knowing there was nothing I, as his daughter, could do was completely heart wrenching. He was my rock and part of my everyday routine. Watching him lay in a hospital bed hooked up to machines, praying for a miracle knowing deep down I had to say goodbye, trying to wrap my head around how I was going to say goodbye to the one person who meant everything to me, was one of the hardest things I ever had to do. Very few people think when planning a high school graduation party to have a father and daughter dance, knowing there was a strong possibility in the future that my dad wouldn't be there to share that moment together and to walk me down the aisle on my wedding day. How does anyone explain to a four-year-old their "poppy" is in heaven, and they won't see him anymore, but he will always be in their heart. I strongly believe it wasn't my dad's time to go. In November my fourth child is due. Knowing he won't meet this baby has been incredibly emotional for me and always will be. Not having my dad there to watch me shine or watch my children grow will always be another struggle. Even after all my dad went through, he had the greatest sense of humor and outlook on life. I will always admire his strength. In the end, I lost my dad, and my children lost their grandpa. Our lives will never be the same without him.

TIFFANY LODEWYKS

Sworn before me this

25th day of July 2023

Notary public

Notary Public State of Florida
Kathryn Cabrera
My Commission
GG 967931
Exp. 3/10/2024