# EXHIBIT K

Estate of Joseph A. Morstatt

# VCF Documentation



September 11th
Victim Compensation Fund

March 30, 2018

DOREEN MORSTATT

███████████████████

Dear DOREEN MORSTATT:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. You submitted an Eligibility Form on behalf of JOSEPH MORSTATT. Your claim number is VCF0100019. Your Eligibility Form was determined to be substantially complete on March 29, 2018. As stated in the Regulations and on the claim form, by filing a substantially complete Eligibility Form, you have waived your right to file or be a party to a September 11th-related lawsuit on behalf of the decedent and his or her survivors.

**The Decision on your Claim**

The VCF has determined that the decedent has met the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, the decedent has been found eligible for the following injuries:

- MALIGNANT NEOPLASM OF PANCREAS PART UNSPECIFIED
- REFLUX ESOPHAGITIS

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

**What Happens Next**

**If the decedent was certified for treatment by the WTC Health Program for a condition not listed above**, you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe the decedent had eligible injuries not treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating the amount of any compensation, you should amend your claim. If you choose to amend your claim, you will need to use the VCF Private Physician process. The Private Physician process is a way for the VCF



September 11th
Victim Compensation Fund

to gather the required information about the decedent's treatment in order to process your claim. All forms are available on the VCF website under "Forms and Resources." The website also includes detailed information and instructions on the Private Physician process.

**If the decedent did not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials. If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: WENDELL TONG



September 11th
Victim Compensation Fund

February 25, 2019


DOREEN MORSTATT
C/O WENDELL TONG
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, PC
120 BROADWAY 18TH FLOOR
NEW YORK NY  10271


Dear DOREEN MORSTATT:

The September 11th Victim Compensation Fund ("VCF") sent you a letter on February 05, 2019 notifying you of the decision on your claim and the amount of your award.  Your claim number is VCF0100019.  That letter included a request for documents that were missing from your claim and are required in order to process your payment.  The VCF has since received the requested documents and this letter provides the details of your award and information on the next steps to be taken on your claim.

Based on the information you submitted, the VCF has calculated the amount of your eligible loss as ▮▮▮▮▮▮▮▮  This determination is in accordance with the requirements of the Reauthorized Zadroga Act.  The enclosed "Award Detail" includes a detailed explanation of the calculation and a list of the eligible conditions included in this determination.

No non-routine legal service expenses are approved for reimbursement for this claim.

As the Personal Representative, you are required to distribute any payment received from the VCF on behalf of the victim to the eligible survivors or other recipients in accordance with the applicable state law or any applicable ruling made by a court of competent jurisdiction or as provided by the Special Master.

**What Happens Next**

The VCF will deem this award to be final and will begin processing the payment on your claim unless you complete and return the enclosed Compensation Appeal Request Form within **30 days from the date of this letter** as explained below.  If you do not appeal, the Special Master will authorize the payment on your claim within 20 days of the end of the 30-day appeal period.  Once the Special Master has authorized the payment, it may take up to three weeks for the United States Treasury to disburse the money into the bank account designated on the VCF ACH Payment Information Form or other payment authorization document you submitted to the VCF.

- **Appealing the Award**:  You may request a hearing before the Special Master or her designee if you believe the amount of your award was erroneously calculated or if you believe you can demonstrate extraordinary circumstances indicating that the award does not adequately address your claim.  **If you choose to appeal, your payment will not be processed until your appeal has been decided**.



September 11th
Victim Compensation Fund

To request a hearing, you must complete and return the enclosed Compensation Appeal Request Form **and** Pre-Hearing Questionnaire no later than **30 calendar days** from the date of this letter.  The VCF will notify you in writing of your scheduled hearing date and time and will provide additional instructions to prepare for your hearing.  If both forms are not submitted with complete information within 30 days, you have waived your right to appeal and we will begin processing your payment.

- **Amending your Claim**: You may amend your claim in the future if your circumstances change and you have new information to provide to the VCF.  For example, you may amend if the WTC Health Program certifies additional physical conditions for treatment, if you have information in support of your claim that was not submitted to the VCF when your award was determined and that you believe would affect the amount of your award, or if you have incurred additional economic loss due to an eligible condition.  The VCF will review the new information and determine if it provides the basis for a revised decision.  Please see the VCF website for additional details on how to amend your claim and the specific circumstances that may be appropriate to request an amendment.

- **Notifying the VCF of new Collateral Source Payments**: You must inform the VCF of any new collateral source payments you receive, or become entitled to receive, such as a change to your disability or survivor benefits, as this may change the amount of your award.  If you notify the VCF within 90 days of learning of the new collateral source payment, your award will not be adjusted to reflect the new entitlement or payment.  If you notify the VCF more than 90 days after learning of the new or revised entitlement or payment, the VCF may adjust your award to reflect the new payment as an offset, which may result in a lower award.  If you need to notify the VCF of a new collateral source payment, please complete the "Collateral Offset Update Form" found under "Forms and Resources" on the www.vcf.gov website.

Your award was calculated using our published regulations, and I believe it is fair and reasonable under the requirements of the Reauthorized Zadroga Act.  As always, I emphasize that no amount of money can alleviate the losses suffered on September 11, 2001.

If you have any questions, please call our toll-free Helpline at 1-855-885-1555.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: DOREEN MORSTATT



September 11th
Victim Compensation Fund

# Award Detail

Claim Number:     VCF0100019
Decedent Name:    JOSEPH MORSTATT

| PERSONAL INJURY CLAIM (Losses up to Date of Death) | |
|---|---|
| **Lost Earnings and Benefits** | |
| Loss of Earnings including Benefits and Pension | ████████ |
| Mitigating or Residual Earnings | $0.00 |
| **Total Lost Earnings and Benefits** | ████████ |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Disability Pension | $0.00 |
| Social Security Disability Benefits | $0.00 |
| Workers Compensation Disability Benefits | $0.00 |
| Disability Insurance | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Lost Earnings** | $0.00 |
| | |
| **Calculated Lost Earnings and Benefits after Offsets** | ████████ |
| | |
| **Total Lost Earnings and Benefits Awarded** | ████████ |
| | |
| **Other Economic Losses** | |
| Medical Expense Loss | $0.00 |
| Replacement Services | $0.00 |
| **Total Other Economic Losses** | $0.00 |
| | |
| **Total Economic Loss** | ████████ |
| | |
| **Total Non-Economic Loss** | ████████ |
| | |
| **Subtotal Award for Personal Injury Claim** | ████████ |



September 11th
Victim Compensation Fund

| DECEASED CLAIM (Losses from Date of Death) | |
|---|---|
| **Loss of Earnings including Benefits and Pension** | ██████ |
| | |
| **Offsets Applicable to Lost Earnings and Benefits** | |
| Survivor Pension | ██████ |
| SSA Survivor Benefits | $0.00 |
| Worker's Compensation Death Benefits | $0.00 |
| Other Offsets related to Earnings | $0.00 |
| **Total Offsets Applicable to Loss of Earnings and Benefits** | ██████ |
| | |
| **Calculated Lost Earnings and Benefits after Offsets** | ██████ |
| | |
| **Total Lost Earnings and Benefits Awarded** | $0.00 |
| | |
| **Other Economic Losses** | |
| Replacement Services | ██████ |
| Burial Costs | ██████ |
| **Total Other Economic Losses** | ██████ |
| | |
| **Total Economic Loss** | ██████ |
| | |
| **Non-Economic Loss** | |
| Non-Economic Loss - Decedent | ██████ |
| Non-Economic Loss - Spouse/Dependent(s) | ██████ |
| **Total Non-Economic Loss** | ██████ |
| | |
| **Additional Offsets** | |
| Social Security Death Benefits | ██████ |
| Life Insurance | ██████ |
| Other Offsets | $0.00 |
| **Total Additional Offsets** | ██████ |
| | |
| **Subtotal Award for Deceased Claim** | ██████ |



September 11th
Victim Compensation Fund

| Subtotal of Personal Injury and Deceased Claims | ███████ |
|---|---|
| PSOB Offset | $0.00 |
| Prior Lawsuit Settlement Offset | $0.00 |
| Previously Paid Personal Injury Award | $0.00 |
| TOTAL AWARD | ███████ |
| | |
| **Factors Underlying Economic Loss Calculation** | |
| Annual Earnings Basis (without benefits) | ███████ |
| Percentage of Disability attributed to Eligible Conditions - applicable to Personal Injury losses | 100.00% |
| Start Date of Loss of Earnings Due to Disability - applicable to Personal Injury losses | 07/23/2014 |

| Eligible Conditions Considered in Award |
|---|
| Malignant Neoplasm of Pancreas Part Unspecified |
| Reflux Esophagitis |

# Family Member Affidavits

Doreen Morstatt

BNJ 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                          03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------------- X    **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                                **DOREEN MORSTATT**


                                    Plaintiffs,       21-CV-06247 (GBD)(SN)


                    V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK          )
                           : SS
COUNTY OF ORANGE           )


        DOREEN MORSTATT, being duly sworn, deposes and says:

    1.      I am a plaintiff in the within action, am over 18 years of age, and reside at ▮

███████████████████████████████████████████

    2.      I am currently 63 years old, having been born on ████████████

    3.      I am the wife of Decedent, Joseph A. Morstatt, upon whose death my claims
are based. I submit this Affidavit in support of the present motion for a default money
judgment for the claim made on behalf of my husband's estate and for my solatium
claim. On August 15, 2016, I was issued Letters Testamentary as Executor of my
husband's estate by the Orange County Surrogate's Court.

    4.      My husband passed away from Advanced Pancreatic Cancer on March 5, 2016, at
the age of 59. It was medically determined that this illness was causally connected to his exposure
to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.    Joseph A. Morstatt was my husband. He was a proud firefighter for the FDNY since his appointment in 1981. Joe and I were married on August 29, 1981, and enjoyed a short honeymoon due to his appointment in September to the FDNY academy. Joe and I were married 35 years at the time of his passing. We were blessed with three amazing children and four grandchildren at the time of his passing. We spent many years with our family camping all over the United States. We also enjoyed all the sporting events of our kids. After our children were grown, we loved exploring on his Harley to so many beautiful areas. Joe devoted much of his time after retiring to volunteering with organizations such as Tunnel to Towers, where he travelled all over the United States lecturing about September 11th and how this country must never forget the sacrifices made that day and thereafter. He also was a founding member of Family and Friends for Freedom which helped injured military personnel and their families after the devastating effects of their injuries.

6.    Joe was just getting off from his tour on September 11, 2001, when his chief requested him to return to the firehouse due to an "incident" at the World Trade Center. Joe was employed by the FDNY. His duties entailed search and rescue operations that day and daily for the following six months.

7.    Joe was having ongoing stomach issues along with diarrhea for a couple of months. One day the pain got so severe, it prompted him to go to the local urgent care. After some initial bloodwork showing white blood cell count, he was transferred to Orange Regional Medical Center. After a week stay, he was referred to Columbia Presbyterian Hospital in Manhattan for further testing. An endoscopy was performed and confirmed a diagnosis of Pancreatic Cancer. Joe experienced severe pain leading up to the Whipple procedure. During his painful recovery he went

through chemotherapy. Also, as a result of the surgery, he became insulin dependent for the remainder of his life. Approximately 2 ½ years of being in "remission" his cancer returned in a vengeance. He immediately started another round of chemo but was only able to tolerate one round. The cancer had spread to other organs at this point. Joe was admitted back to the hospital so drains could be placed to drain the fluids in the abdomen area. Again, he was in extreme pain and placed on morphine as a comfort measure. Joe succumbed to his illness surrounded by his family and loved ones.

8.    Joe was my husband, my hero, my best friend. He was just 58 years old when he passed. We had dreams of traveling the United States. We looked forward to time with our children and grandchildren. He was not there to walk his only daughter down the isle at her wedding. He missed watching his son marry the love of his life and them having a baby girl. There's a void in my heart that will never go away. I've had to learn the everyday things that he took care of such as all the finances, running and maintaining a home. I am lonely, that will never change. He should be here.

DOREEN MORSTATT

Sworn before me this

28 day of August, 2023

Notary public

SERGIO D. VALENTIN
Notary Public, State of New York
Qualified in Orange County
Reg. No. 01VA6382736
My Commission Expires Dec. 14, 2026

Joseph Thomas Morstatt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

------------------------------------------------------------- X    **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                         **JOSEPH THOMAS MORSTATT**


                                   Plaintiffs,          21-CV-06247 (GBD)(SN)

                V.

ISLAMIC REPUBLIC OF IRAN,

                                   Defendant.
-----------------------------------------------------------------X
STATE OF NEW YORK        )
                         : SS
COUNTY OF ORANGE         )


        Joseph Thomas Morstatt, being duly sworn, deposes and says:

        1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

███████████████████████████████████

        2.      I am currently 39 years old, having been born on ███████████

        3.      I am the son of Decedent, Joseph A. Morstatt, upon whose death my claim is
based, and submit this Affidavit in connection with the present motion for a default
judgment and in support of my solatium claim.

        4.      My father passed away from Advanced Pancreatic Cancer on March 5, 2016, at
the age of 59. It was medically determined that this illness was causally connected to his exposure
to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      The decedent is my father.  He was a New York City Firefighter for almost 21 years.  Dad bravely served the citizens of New York City on September 11, 2001, protecting life and property during the attacks on the World Trade Center. While growing up we would take many family camping trips together up and down the east coast. We also shared a love for golf and enjoyed playing together. Dad taught me many important aspects of life including respect, responsibility, love, and faith.

6.      On the morning of September 11, 2001, my father, who was employed by the City of New York as a firefighter, was off duty at the time the planes struck the North and South towers. Shortly thereafter, all off duty members of the FDNY were ordered into work. My father reported for duty at his firehouse located on West 181st Street in New York, New York. He was then ordered to respond to the World Trade Center site to aide in the rescue and recovery effort of civilians and firefighters sometime later. He was dispatched to the site sometime after the North and South tower had collapsed but prior to the collapse of number 7 World Trade Center. Dad was present at the site for an extraordinary amount of time. He didn't return home for several weeks after the attacks. Even after he first returned home, he would routinely rotate between the firehouse and Ground Zero for several more months after the attacks.

7.      Dad was diagnosed with Pancreatic Cancer in approximately May 2013 which was shortly after seeking medical attention for pancreatitis. A few weeks later, he had a painful and complicated surgery known as the Whipple Procedure which removed the head of his pancreas and other parts of his gastrointestinal system where the cancerous tumor was found. After spending nearly three weeks at Columbia Presbyterian hospital in Manhattan, he was released home. Shortly thereafter, he received several months of chemotherapy which caused dad to be severely tired, weak, to have a significantly decreased appetite, and significant weight loss. He didn't have the

energy anymore to do the simplest of things that he once enjoyed which included playing with his grandchildren, riding motorcycles, and spending time with friends and family. It took several m months for him to regain this strength and get back to some kind of normal lifestyle. This was how things were up until early December 2015 when the cancer had returned. On or around December 26, 2015, Dad began chemotherapy once again. After only one round of chemotherapy, he wasn't strong enough to continue and knew the end was near. He gave up all hope in his cancer being cured and accepted the fact that his fate was in God's hands and his days were numbered.

8.    Seeing my father suffer from his illness was extremely difficult. To see a tough as nails, hardworking man, become so frail and weak was heart wrenching. This was by far the most difficult thing I had to deal with until his passing. All throughout my life I was able to call my roll model to guide me through difficult times and decisions, but I lost this on March 5, 2016, when my father was just 59 years old. My dad didn't get to see me walk down the aisle in 2019 or meet my first child in 2020. When I went through difficult times in my life or career, I didn't have that shoulder to cry on or number to call. I was forced to ask myself, "what would dad do?" and try to make the best decisions. I checked myself into alcohol treatment in 2020 for alcohol abuse. I began drinking heavily once dad's illness became terminal and leaned on it to cope with his loss. My daughter will never get to meet her "Pa" but is forced to learn about him through stories. I am forever grateful for everything I learned from my dad but there isn't a day that goes by that I don't wish he was still here.

JOSEPH THOMAS MORSTATT

Sworn before me this

24 day of August, 2023

Notary public

EILEEN M. ASTORINO
Notary Public, State of New York
No. 01AS6331912
Qualified in Orange County
Commission Expires October 10, 20 23

Meghan Lee Morstatt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re:

TERRORIST ATTACKS ON                               03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

--------------------------------------------------------------- X      **AFFIDAVIT OF**
JILL ACCARDI, et al.,                                          **MEGHAN LEE MORSTATT**


                                    Plaintiffs,          21-CV-06247 (GBD)(SN)

                    V.

ISLAMIC REPUBLIC OF IRAN,

                                    Defendant.
-----------------------------------------------------------------X

STATE OF NEW JERSEY     )
                        : SS
COUNTY OF MERCER        )


        Meghan Lee Morstatt, being duly sworn, deposes and says:

        1.    I am a plaintiff in the within action, am over 18 years of age, and reside at

        2.    I am currently 41 years old, having been born on

        3.    I am the daughter of Decedent, Joseph A. Morstatt, upon whose death my claim is based, and submit this Affidavit in connection with the present motion for a default judgment and in support of my solatium claim.

        4.    My father passed away from Advanced Pancreatic Cancer on March 5, 2016, at the age of 59. It was medically determined that this illness was causally connected to his exposure to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.     Decedent was my incredible father, Joseph A. Morstatt a proud member of the FDNY for 20 years doing what he would say was one of the best jobs in the world. My father's dedication to helping others has made an everlasting impact on my life. My father would give the shirt off his back to a stranger. After September 11th my father dedicated most of his time to helping injured marines across the country. He became a co-founder of Friends and Family Freedom Fund assisting those injured during military services. My father demonstrated to my brothers and I that we should be thankful God has blessed us with a beautiful life. We should understand the significance and make the most of life by doing good deeds, being humble and kind. As a family we created many memories on our yearly camping trips to Myrtle Beach and Maine. The most cherished memories of my father were watching him create a remarkable bond with my son, his first grandchild. They were inseparable. Together their smiles lit up the room.

6.     On 9/11, my father was returning home after a night tour when his duty Chief requested that he return due to an incident at the World Trade Center. My father was employed by the FDNY, and his duties consisted of search and rescue daily for six months following September 11th.

7.     My father was having stomach issues consistently for a few months. The pain became so severe that he went to a local urgent care where blood work showed high white blood cell count. He was eventually referred to Columbia Presbyterian Hospital in Manhattan. An endoscopy confirmed a diagnosis of Pancreatic Cancer. He experienced severe pain leading up to a Whipple procedure and began chemotherapy following the procedure. He became insulin dependent for the remainder of his life and was in remission for 2 1/2 years before the cancer returned. Unfortunately, the cancer had spread through his organs and his body was only able to

tolerate one round of treatment. After being admitted back to the hospital drains were placed to drain the fluids in the abdomen and morphine was started to keep him comfortable until he passed on March 5th.

8.      The decedent, my father, was my world and a true hero. His death caused a mental and physical toll on mine and my sons' lives. As his only daughter, my father was unable to walk me down the aisle on my wedding day. He hasn't been able to see his grandson play sports, make his first communion, ride dirt bikes and grow into an amazing young man. My father's legacy will forever live on, and his memories will continue to be a part of mine and my children's everyday lives.

MEGHAN LEE MORSTATT

Sworn before me this

28th day of August, 2023

Notary public

Michael Andrew Morstatt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

In Re:

TERRORIST ATTACKS ON                    03-MDL-1570 (GBD)(SN)
SEPTEMBER 11, 2001

-------------------------------------------------------------- X    **AFFIDAVIT OF**
JILL ACCARDI, et al.,                    **MICHAEL ANDREW MORSTATT**


                              Plaintiffs,    21-CV-06247 (GBD)(SN)


               V.

ISLAMIC REPUBLIC OF IRAN,

                              Defendant.
-------------------------------------------------------------- X

STATE OF NEW YORK)
                         : SS
COUNTY OF ORANGE)


          MICHAEL ANDREW MORSTATT, being duly sworn, deposes and says:

          1.      I am a plaintiff in the within action, am over 18 years of age, and reside at

███████████████████████████████

          2.      I am currently 37 years old, having been born on █████████

          3.      I am the son of Decedent, Joseph A. Morstatt, upon whose death my claim is

based, and submit this Affidavit in connection with the present motion for a default

judgment and in support of my solatium claim.

          4.      My father passed away from Advanced Pancreatic Cancer on March 5, 2016, at

the age of 59. It was medically determined that this illness was causally connected to his exposure

to the toxins resulting from the September 11, 2001, terrorist attacks at the World Trade Center.

5.      Joseph A Morstatt is my biological father. My father was not only a hero to many, but he was a hero and the foremost influence I had in my life. I carry many childhood memories of my father growing up. My father made sure that he was always present in our lives. Being a New York City Firefighter is not easy, balancing a demanding work schedule with family; but my dad always made sure he did that for us. He made sure to fill our childhood with experiences as a family from Christmas Eves spent with our extended family including aunts, uncles, cousins, and grandparents, to camping along the East Coast several times a year, to taking me to the firehouse so I could be a part of his world. These traditions are ones he carried on throughout his life from my siblings and I to his grandchildren. My dad was also always volunteering his time and energy to others; be it volunteering his time to the Injured Marines Fund, helping injured soldiers and their families when services rendered were not enough, touring the country with the 9/11 memorial to make sure we never forget, to training firefighting skills to soldiers in Bahrain, or participating in an honor guard for a deceased soldier or fellow firefighter. He was also always the one anyone could count on to be there to help a friend or family member, or an acquaintance, when they needed a hand or support. It's hard to list just one special memory I have with my dad, but I think it was watching him make memories with my children, my stepdaughter, and my daughter and his continued service to others stands out most of all.

6.      My dad was a firefighter in Manhattan at the time of the 9/11 terrorist attacks. My dad was not scheduled to work that day. I was in high school at the time and attending my classes as normal when I was called into the office and told of the attack on the World Trade Center and was informed that my father would be reporting in to Ground Zero. It was well past 10 hours from

the time we learned he would be going to Ground Zero before we heard from him and then approximately three days before he came home, only to return in less than 24 hours to continue rescue effort. My father worked the recovery effort instantaneously and for the following approximately 6 months with very few trips home in between.

7.    My father began feeling ill during the winter of 2012. I remember him having bouts of nausea and vomiting with diarrhea more and more frequently. The evening of my wife's 30th birthday, he was unable to attend dinner because he was so sick that he ended up going to the hospital. That is when they found the initial mass and his cancer journey began. He was admitted into the hospital for more scans and testing. The week before my wedding, he learned the prognosis was Pancreatic Cancer. A few weeks later, he had a surgery known as the "Whipple Procedure" and remained in the hospital for almost a month to recover. He lost weight and strength as he proceeded on to chemotherapy. This procedure and chemotherapy put him in remission for almost two years. After Thanksgiving 2015, his stomach started bothering him again and we learned his cancer had returned. This time around the treatments made him sicker and weaker and the cancer eventually took over. In February 2016, he was placed on hospice care but issues with pain landed him in the hospital where he continued to suffer with pain, organ failure, and eventually succumbed to his illnesses surrounded by and holding the hands of his loved ones.

8.    The effects of my father's illness and passing are immeasurable. When my father initially got sick, I was in the academy, following in the footsteps of my hero – my father. My graduation and, immediately following, my wedding had been clouded with knowing the pain and suffering my father was going through while he tried to hide it from all of us. When my father's illness took over in 2015, I took leave from work and stayed with my father to help care for him and assist my mother. Since his passing, I have been there to help my mother with everything my

father used to do, from finances to household tasks, as well as being there for her in any emergency situations. I also lost my greatest supporter and mentor in my career and life as a father and husband. I live with a void where he should be and watch my daughter suffer in missing her "Pa" and wanting him to be there for all her greatest moments.

MICHAEL ANDREW MORSTATT

Sworn before me this

7th day of Sept 2023

Notary public

MERCEDES BIKTJORN
Notary Public, State of New York
Registration No. 01BI6436317
Qualified in Orange County
My Commission Expires July 11, 2026